UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>YOMEL MACK,<br>                  Defendant. | 25-CR-55-3 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

    It is HEREBY ORDERED that all parties appear for a bail hearing with the Court on April 22, 2025, at 2:00 p.m. in Courtroom 11B at 500 Pearl Street, New York, New York 10007.

Dated:  April 14, 2025
         New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge