UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>YOMEL MACK<br><br>                    Defendant. | 25-CR-55-3 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

IT IS HEREBY ORDERED that all parties appear for a change of counsel hearing with the Court on **June 10, 2025 at 11:00 a.m.** in Courtroom 11B, 500 Pearl Street, New York, New York, 10007.

Dated: June 6, 2025
        New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge