# Hecker Fink LLP

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63ʳᴰ FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

jdabbs@heckerfink.com

**MEMO ENDORSED**

The Court understands from MDC that Mr. Mack has been assigned a lower bunk. Accordingly, the request is moot. Counsel should submit another letter if that is not the case. SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge
Dated: February 17, 2026
New York, New York

February 13, 2026

**BY ECF**

The Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

Re:    *United States v. Yomel Mack*, 25 Cr. 55 (JGLC)

Dear Judge Clarke:

I represent Yomel Mack in the above-referenced matter. I write to request that the Court issue a medical order requiring that Metropolitan Detention Center Brooklyn ("MDC Brooklyn") assign Mr. Mack a lower bunk.

Mr. Mack suffered a gunshot wound to his left knee on August 24, 2024 (the date of the offense at issue here). He has been in custody since that time and is currently incarcerated at MDC Brooklyn pending sentencing. At MDC Brooklyn, he is assigned to sleep in a top bunk. Because of Mr. Mack's knee injury, it can be painful and difficult for him to climb up into the top bunk to rest. Accordingly, he has submitted requests through MDC's internal channels for a medical accommodation that would allow him to be assigned a lower bunk instead. Mr. Mack was recently informed that his request for a lower bunk had been rejected, and he was informed that in the absence of a court order, lower bunks are reserved for older inmates. I therefore request that the Court issue an order requiring that MDC Brooklyn accommodate Mr. Mack's request for a lower bunk assignment.

I have conferred with the government, and the government does not object to this request. I thank the Court for its consideration.

Respectfully submitted,

*Jenna M. Dabbs*

Jenna M. Dabbs

cc:    Jared D. Hoffman, U.S. Attorney's Office (via ECF)
Brandon D. Harper, U.S. Attorney's Office (via ECF)