# Hecker Fink LLP

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

jdabbs@heckerfink.com

**MEMO ENDORSED**

March 11, 2026

**BY ECF**

Application GRANTED. Exhibits C through G to Mr. Mack's March 11, 2026 sentencing submission shall be filed under seal.

The Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

Dated: March 12, 2026
New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Re:     *United States v. Yomel Mack*, 25 Cr. 55 (JGLC)

Dear Judge Clarke:

I represent Yomel Mack in the above-referenced matter. Pursuant to Rule 8(e)(i) of Your Honor's Individual Rules, I write to respectfully request leave to file Exhibits C through G to Mr. Mack's March 11, 2026 sentencing submission under seal.

Exhibits C through G consist of Mr. Mack's medical records and information, which courts regularly keep under seal in this district. *See Fernandez v. KKR & Co.*, 25 Civ. 5982, 2026 WL 607722, at *2 (S.D.N.Y. Mar. 4, 2026) (collecting cases). Further, medical records and medical treatment or diagnosis information are categories of "sensitive information" that can be redacted from public filings without Court approval, *see* Individual Rule 8(b), and information from these exhibits has therefore been redacted from Mr. Mack's sentencing submission. Because Exhibits C through G consist entirely of this "sensitive" medical information, Mr. Mack respectfully requests that the Court permit these documents to be kept entirely under seal.

I thank the Court for its consideration.

Respectfully submitted,

Jenna M. Dabbs

cc:     Jared D. Hoffman, U.S. Attorney's Office (via ECF and email)
Brandon D. Harper, U.S. Attorney's Office (via ECF and email)