UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

YOMEL MACK,

Defendant.

25-CR-55-3 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Government's sentencing submission references incidents involving Mr. Mack at

MDC in November 2025 and February 2026. The Government is directed to submit to the Court

the BOP records related to these incidents (as provided to defense counsel) by **March 26, 2026**.

Dated: March 25, 2026
       New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge